IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 22-11621-V

_____

THADDAEUS MYRICK,
in his official capacity as Police Officer for the
City of Hoover, Alabama,
NICHOLAS D. BRADEN,
in his official capacity as Police Officer for the
City of Hoover, Alabama,
JESSIE POPEE,
in his official capacity as Police Officer for the
City of Hoover, Alabama,
KENNETH L. FOUNTAIN,
in his official capacity as Police Officer for the
City of Hoover, Alabama,

                                                                     Plaintiffs - Appellees,

versus

CITY OF HOOVER, ALABAMA,

                                                                     Defendant - Appellant.

_____

Appeal from the United States District Court
for the Northern District of Alabama

_____

ORDER:

Appellant's counsel Michael L. Jackson's unopposed Motion to Permit Use of Electronic Device (1 Laptop Computer) During Oral Argument is GRANTED.

                                                      /s/ Charles R. Wilson
                                                      UNITED STATES CIRCUIT JUDGE